1  J. PHILIP MARTIN, STATE BAR # 55100
   DANIEL RAY BACON, STATE BAR # 103866
2  Law Offices of Daniel Ray Bacon
   569 Hayes Street, Suite One
3  San Francisco, CA 94102
   Telephone (415) 864-0907
4  Facsimile: (415) 864-0989
   email: bacondr99@gmail.com
5
   ATTORNEYS FOR DEFENDANTS
6  Mark Kohi and Shahin Khan

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 Brian Whitaker,                          ) CASE NO. 4:21-cv-08107-SBA
                                            )
11                  Plaintiff,              )
                                            ) STIPULATION FOR EXTENSION OF
12        v.                                ) TIME TO COMPLETE JOINT SITE
                                            ) INSPECTION and ORDER
13                                          )
                                            ) Judge: Hon. Saundra B. Armstrong
14 Mark Kohi; Shahin Khan; Phuong A. Lee; and )
   Does 1-10,                               )
15                                          )
                   Defendants.              )
16                                          )
   _____
17

28 STIPULATION FOR EXTENSION OF TIME TO COMPLETE JOINT SITE INSPECTION
   and ORDER

Whereas Defendants Mark Kohi and Shahim Khan recently retained counsel who substituted in this case on February 7, 2022 and their counsel, Daniel Ray Bacon, needs additional time to meet with clients and an expert to further evaluate this case .

Whereas the parties request a extension of the time to conduct a Joint Site Inspection from February 28, 2022 until March 31, 2022,

IT IS HEREBY STIPULATED as follows:

The Joint Site Inspection per General Order 56 shall be extended from February 28, 2022 until March 31, 2022.

Dated February 25, 2022

LAW OFFICES OF DANIEL RAY BACON

/s/ Daniel Ray Bacon

_____
DANIEL RAY BACON
ATTORNEY FOR DEFENDANTS
MARK KOHI AND SHAHIN KHAN

CENTER FOR DISABILITY ACCESS

Dated: February 25, 2022        /s/ Amanda Seabock

_____
AMANDA SEABOCK
PRATHIMA PRICE
DENNIS PRICE
ATTORNEYS FOR PLAINTIFF
BRIAN WHITAKER

Pursuant to above stipulation of the parties the Joint Site Inspection per General Order 56 shall be completed by __March 31_____, 2022

_[signature]_ RS
RICHARD SEEBORG FOR SAUNDRA BROWN ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE

STIPULATION FOR EXTENSION OF TIME TO COMPLETE JOINT SITE INSPECTION and ORDER

-1-